-1- JOAN JACOBS LEVIE, #179787
LAW OFFICES OF JOAN JACOBS LEVIE
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, MIGUEL ANGEL NUNEZ-BARRAGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL NUNEZ-BARRAGAN, et al.,<br><br>　　　　Defendant. | CASE NO. CR-F-07-0058 AWI<br><br>**AMENDED STIPULATION TO MODIFY MOTIONS SCHEDULE; ORDER**<br><br>SCHED. DATE:   June 18, 2007<br>REQST. DATE:   June 25, 2007<br>TIME:　　　　　9:00 A.M.<br>COURT: The Hon. Anthony W. Ishii |

TO THIS HONORABLE COURT, THE UNITED STATES OF AMERICA, PLAINTIFF, AND CODEFENDANTS:

　　　Attorney Joan Jacobs Levie will be returning from a trip abroad on the date of the scheduled motion hearing in the above-entitled action.  The plaintiff and the codefendants, by and through their respective counsel, have agreed to postpone the motions hearing until June 25, 2007 before this Court at 9:00 A.M.  The defendants agree to exclude time for the continuance on the motion hearing pursuant to 18 U.S.C. § 3161(h)(1).

DATED: May 29, 2007

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/S/ Joan Jacobs Levie___
　　　　　　　　　　　　　　　　　　　　　　　JOAN JACOBS LEVIE
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　MIGUEL ANGEL NUNEZ-BARRAGAN

DATED: May 29, 2007

    /S/ John Frederick Garland
JOHN FREDERICK GARLAND
Attorney for Defendant
Alberto Perez-Lopez

DATED: May 29, 2007

Marc Nicholas Kapetan
MARC NICHOLAS KAPETAN
Attorney for Defendant
Rigoberto Lopez- Aguilar

DATED: May 29, 2007

Karen Ann Escobar
KAREN ANN ESCOBAR
Assistant U. S.  Attorney


## ORDER

IT IS HEREBY ORDERED that time will be excluded for the continuance on the motion hearing pursuant to 18 U.S.C. § 3161 (h)(1) and that the date of the motions proceedings will be continued in accordance with the above stipulation of counsel.  The defendants are ordered to return to court for further proceedings on June 25, 2007 at 9:00 a.m.


IT IS SO ORDERED.

**Dated:   May 29, 2007**　　　　　　　　　　**/s/ Anthony W. Ishii**
                                                  UNITED STATES DISTRICT JUDGE