```
JAMES R. HOMOLA #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
FAX: (559) 441-7115

Attorney for Defendant
RIGOBERTO LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| UNITED STATES OF AMERICA, | Case No. 07 CR 58 AWI |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED |
| vs | ORDER TO CONTINUE |
| RIGOBERTO LOPEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND REQUESTED between Plaintiff, the United States, and Counsel for the Defendants, that the hearing currently scheduled for 9:00 am, Monday, December 17, 2007 be continued to 9:00 am, Tuesday, January 22, 2008.

The parties agree that any delay resulting from this continuance should be excluded in the interest of justice, pursuant to 18 USC §§ 3161(h)(1)(F), (h)(8)(A) and (h)(8)(B).

DATED: December 14, 2007        Respectfully submitted,

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

```
/s/ John F. Garland            /s/James R. Homola
by permission                  JAMES R. HOMOLA
JOHN F. GARLAND                Attorney for Defendant
Attorney for Defendant         Rigoberto Aguilar-Lopez
Alberto Perez-Lopez


/s/ Joan J. Levie              /s/ Karen Escobar
By permission                  By permission
JOAN J. LEVIE                  KAREN ESCOBAR
Attorney for Defendant         Assistant U.S. Attorney
Miguel Angel Nuñez-Barragan
```

* * * * *

**ORDER**

IT IS SO ORDERED.

**Dated:   December 14, 2007**              /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111