IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0058 AWI |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| RIGOBERTO AGUILAR LOPEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Having considered the government's reservation of its right to file motions <u>in limine</u> and notices pursuant to Federal Rules of Evidence 404(b) and 609 in the above-captioned matter,

IT IS HEREBY ORDERED that the motions <u>in limine</u> filing schedule in this matter shall be modified as follows:

Motions <u>in limine</u> due 4 p.m., February 11, 2008.

Motions <u>in limine</u> responses due 4 p.m., February 18, 2008.

Motions <u>in limine</u> reply due 4 p.m., February 25, 2008.

The trial confirmation/motions <u>in limine</u> hearing shall remain March 3, 2008.

IT IS SO ORDERED.

**Dated:   January 29, 2008**                    /s/ Anthony W. Ishii
                                                 UNITED STATES DISTRICT JUDGE

1