IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RIGOBERTO LOPEZ-AGUILAR,<br><br>　　　　　Defendant.<br>_____/ | CASE NOS. CR F 07-0058 LJO and CV F 09-1862 LJO<br><br>**ORDER TO REASSIGN ACTION AND 2255 MOTION TO SENTENCING JUDGE**<br>(Doc. 200.) |

　　　This Court REASSIGNS defendant Rigoberto Lopez-Aguilar's 28 U.S.C. 2255 motion to the sentencing judge, U.S. District Judge Anthony Ishii.  As such, this Court DIRECTS the clerk to reassign the pending 28 U.S.C. § 2255 motion to Judge Ishii and to update the docket to reflect the new case number CV F 09-1862 **AWI.**

　　　IT IS SO ORDERED.

**Dated:   October 26, 2009**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE