AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:07-cr-00058-AWI   Document 268   Filed 12/07/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RIGOBERTO LOPEZ-AGUILAR | ) Case No: | 1:07cr00058-001 |
| | ) USM No: | 63314-097 |
| Date of Original Judgment: 10/20/2008 | ) | |
| Date of Previous Amended Judgment: | ) | Hannah Rose Labaree, FD |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  168  months **is reduced to**  135 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  10/23/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  12/07/2015                                                 /s/ ANTHONY W. ISHII
                                                                                                 *Judge's signature*

Effective Date:                                                           Senior United States District Judge Anthony W. Ishii
*(if different from order date)*                                       *Printed name and title*